IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES LAVON WILLIAMS,** ) | |
| ) | |
|     **Petitioner,** ) | |
| vs. ) | |
| ) | **CIVIL ACTION NO. 04-00645-CG** |
| **GWENDOLOYN C. MOSLEY** ) | |
| ) | |
|     **Respondent** ) | |

### ORDER

This matter is before the court on limited remand (Doc.24) from the Eleventh Circuit Court of Appeals for a factual determination of when the notice of appeal was filed by petitioner in this case.

The matter was referred to the magistrate judge, and by Order dated December 10, 2007 (Doc. 25), the parties were directed to file, on or before January 4, 2008, supplemental evidentiary materials that bear on the issue of when Petitioner delivered his notice of appeal to prison officials or placed it in the prison mail system. Any response to the opposing parties submission was due by January 18, 2008.

Petitioner filed a pleading titled "Compliance with Court's Order" in which he stated that he placed his legal mail containing the Notice of Appeal into the hands of prison officials for mailing on October 12, 2007. (Doc. 26).  The statement was not notarized, nor did it state that it was true and correct and made under penalty of perjury, pursuant to 28 U.S.C. § 1746, or that first class postage was prepaid.  Respondent filed a Response on January 18, 2008, which objected to Petitioner's statement being considered as evidence of timely filing because it failed

to comply with FRAP 4(c)(1).  In addition, the response referenced an affidavit executed by the Assistant Warden of the facility where petitioner is incarcerated, attesting to the institution's standard mailing procedures, and to the fact that it is not possible to track the date that outgoing mail was handed to prison officials.

The Magistrate Judge issued a Report and Recommendation setting forth the procedural and factual background, and finding that, because Petitioner failed to meet the requirements of Appellate Rule 4(c)(1), he failed to establish that his notice was timely tendered to prison officials or placed in the prison mailing system. (Doc. 28).

On February 21, 2008, Petitioner filed an objection to the report and recommendation, and this time, included a notarized[1] statement that complies with Appellate Rule 4(c)(1).  (Doc. 29).

Therefore, the court adopts the Magistrate Judge's Report and Recommendation with the exception of the final paragraph.  And, because the Petitioner has now filed a notarized statement attesting to the date of deposit in the prison mail system of the notice of appeal, finds that the Notice of Appeal was filed on October 12, 2007.

**DONE and ORDERED** this 22nd day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Notary Seal does not show up on the electronic version of the document, but the undersigned has examined the original and the document is, indeed, properly notarized.